**James R. HUBBARD, Appellant,**

v.

**Thuthuy TRUONG, Respondent.**

**No. ED 103890**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: November 1, 2016

Jeremy Andrew Gogel, St. Louis, Missouri, for Appellant

Nakeyia Shermaine Williams, St. Louis, Missouri, for Respondent

Before, James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

**PER CURIAM**

James R. Hubbard ("Plaintiff") appeals from the jury's verdict in his action for personal injuries arising out of an automobile accident against Thuthuy Truong ("Defendant"). Plaintiff raises three points on appeal, alleging that the trial court erred in: 1) allowing Defendant to cross-examine Plaintiff with Plaintiff's VA medical records because they were not produced to Plaintiff prior to trial; 2) allowing Defendant to cross-examine Plaintiff with Plaintiff's VA medical records because there was no evidentiary foundation for their admission; and 3) denying Plaintiff's motion for additur, or alternatively, motion for new trial because a verdict of $0 is manifestly unjust and grossly inadequate. Finding no error of law, we affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).